FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ALEJANDRO F.,[1]

        Plaintiff,

  v.

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

No.  1:25-cv-3212-EFS

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

The parties agree that the matter should be reversed and remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. The parties also agree that Plaintiff is entitled to reasonable attorney fees

---

[1] For privacy reasons, the Court refers to every social security plaintiff by first name and last initial or by "Plaintiff." *See* LCivR 5.2(c).

ORDER - 1

and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to the Court.

Consistent with the parties' agreement, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, **ECF No. 19**, is **GRANTED.**

2. This matter is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. On remand, the Appeals Council is to instruct the ALJ to further develop the record, ensuring adequate consolidation of the subsequent application in accordance with the March 2025 Appeals Council's order; offer the claimant a new administrative hearing; reevaluate the alleged symptoms and limitations; reassess the residual functional capacity; and evaluate the claimant's occupational base. In so doing, the ALJ may consult with a medical expert or a vocational expert, as needed and available.  As this case was previously remanded to the same ALJ, the Appeals Council

ORDER - 2

will direct that, upon remand, this case be assigned to another ALJ.

4.    The Clerk's Office shall **TERM** the hearing and Plaintiff's brief, **ECF No. 13**, enter **JUDGMENT** in favor of Plaintiff, and **CLOSE** the case.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of May 2026.

_____

EDWARD F. SHEA
Senior United States District Judge

ORDER - 3