AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

|  |  |
|---|---|
| ALEJANDRO F., | ) |
| _Plaintiff_ | ) |
| v. | ) |
| FRANK BISIGNANO, Commissioner of Social Security | ) |
| _Defendant_ | ) |

Civil Action No. 1:25-cv-3212-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

☐   the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑   other:  Pursuant to the Order at ECF No. 20, the parties' Stipulated Motion for Remand, ECF No. 19, is GRANTED.  This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  JUDGMENT in favor of Plaintiff.

This action was _(check one)_:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge Edward F. Shea

Date:  05/28/2026

CLERK OF COURT

s/Sean F. McAvoy

_Signature of Clerk_